IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-02256-NYW-NRN

**ALFRED RUBALCAVA III,**

    Plaintiff,

v.

**CAPITAL VISION SERVICES, LLC**

    Defendants.

_____

### AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE
_____

Pursuant to Rule 41(a)(1)(A))(ii) of the Federal Rules of Civil Procedure, Plaintiff Alfred Rubalcava, III and Defendant Capital Vision Services, LLC, by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice, of all claims in the above-captioned matter.  Each party is to bear their own fees and costs related to this case.

Respectfully submitted this the 18th day of August, 2022.


*s/ John A. Culver*             *s/ Emily C. Pera*
_____  _____

| | |
|---|---|
| John A. Culver, Esq. | Emily C. Pera, Esq. |
| BENEZRA & CULVER, PC | Karin M. McGinnis |
| 633 17th St., Suite 1450 | Rachel M Coe |
| Denver, Colorado 80202 | MOORE & VAN ALLEN PLLC |
| Phone:  (303) 830-716-0154 | 100 N. Tryon St., Suite 4700 |
| jaculver@bc-law.com | Charlotte, NC  31210 |
| | Telephone:  (704) 331-1000 |
| | emilystevenson@mvalaw.com |

| | |
|---|---|
| Lilly G. Lentz, Esq.<br>FAIRFIELD & WOODS, PC<br>1801 California St., Suite 2600<br>Denver, Colorado  80202<br>Phone:  (303) 830-2400<br>llentz@fwlaw.com<br><br>**Attorneys for Plaintiff** | Tamera D. Westerberg, Esq.<br>FOLEY & LARDNER LLP<br>1400 16th Street, Suite 200<br>Denver, Colorado  80202<br>Phone:  (720) 437-2000<br>twesterberg@foley.com<br><br>**Attorneys for Defendant,<br>Capital Vision Services LLC** |